(111 So. 45)

### J. S. REEVES & CO. v. PINE HILL MERCANTILE CO. (8 Div. 922.)

(Supreme Court of Alabama, Jan. 13, 1927.)

Certiorari to Court of Appeals.

Wert & Hutson, of Decatur, for petitioner.
W. W. Callahan, of Decatur, opposed.

MILLER, J. Petition of J. S. Reeves & Co. for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in J. S. Reeves & Co. v. Pine Hill Mercantile Co., 21 Ala. App. 605, 111 So. 44.

Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.